

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

August 19, 2021

**VIA ECF**
Hon. Judge Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Application GRANTED.  The initial conference scheduled for August 26, 2021, at 10:50 a.m. is adjourned to **September 16, 2021, at 10:50 a.m.**

Dated: August 20, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: Pascual v. Simply Gum, Inc.; Case No: 1:21-cv-05543-LGS

Dear Judge Schofield,

The undersigned represents Plaintiff Domingo Pascual (hereinafter "Plaintiff") in the above referenced matter.

The initial conference is set for August 26, 2021, at 10:50 a.m. By way of background, Plaintiff has recently received the affidavit of service from its process sever and has filed it on the docket. (#6) Defendant's answer is set for September 9, 2021. Accordingly, the undersigned is requesting an adjournment of the upcoming conference, to allow time for Defendant to appear or otherwise respond to the complaint.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.