

August 31, 2021

**VIA ECF**
Honorable Judge Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Application GRANTED.  The conference scheduled for September 16, 2021, at 10:50 a.m. is adjourned to **October 21, 2021, at 10:50 a.m.**

Dated: September 1, 2021
          New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: <u>Pascual v. Simply Gum, Inc..</u>; *Case No: 1:21-cv-05543-LGS*

To the Honorable Judge Schofield,

    I represent Plaintiff Domingo Pascual (hereinafter "Plaintiff") in the above-referenced matter.
    The initial conference for this matter is set for Thursday, September 16, 2021, at 10:50 a.m. However, Plaintiff's Counsel will be observing the Holiday of Yom Kippur and our offices will be closed. As a result, Counsel for Plaintiff is requesting an adjournment of the conference and proposed the dates October 21, 2021, October 25, 2021, and October 26, 2021, as alternatives. Defendant has not yet appeared, so no consent has been given for this request.

    Thank you for your time and consideration of the above request.

Respectfully submitted,

*[S] Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.