**大成 DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D    +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

The parties shall file a supplemental letter as soon as possible and no later than **December 9, 2021**, stating whether they have reached a settlement in principle.  The Court does not ordinarily stay discovery or other proceedings because of ongoing settlement negotiations.

December 6, 2021

Dated: December 7, 2021
New York, New York

**VIA ECF**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Pascual v. Simply Gum, Inc.; Case No. 1:21-cv-05543-LGS*


Dear Judge Schofield:

We represent Defendant Simply Gum, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from December 6, 2021 to January 20, 2022.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Accordingly, the parties do not need to participate in the upcoming mediation conference scheduled for December 8, 2021 at 10:00am (Dkt. #21) and respectfully request its cancellation.


Respectfully submitted,


*/s/ Karla Del Pozo García*
Karla Del Pozo García


cc:    All counsel of record (by ECF)


Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms